**FILED**

11/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0360

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO.  DA 21-0360

ELGIN FABER and COLLEEN FABER,

Appellants/Cross-Appellees,

-vs-

KEITH RATY, COLLEEN RATY, et al,

Appellees/Cross-Appellants.

_____
.

## ORDER GRANTING EXTENSION OF TIME
## FOR COURT REPORTER TO FILE TRANSCRIPTS ON APPEAL

Pursuant to unopposed motion, and good cause appearing;

IT IS HEREBY ORDERED that Court Reporter, Cindy Prindiville, is

granted an additional 50 days from November 4, 2021, that is, until December 24,

2021, to file her transcripts on appeal.

DATED _____.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 8 2021